CmmC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br><br><br>Omar Rene CEJA-Reyes,<br>Omar MARTINEZ-Penaloza,<br><br><br><br>                Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Docket No. '21 MJ3229<br><br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry<br><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

Count One

On or about August 8, 2021, within the Southern District of California, defendant Omar Rene CEJA-Reyes, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Dadai CASTANEDA-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Count Two

On or about August 8, 2021, within the Southern District of California, defendant Omar MARTINEZ-Penaloza, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 9, 2021.

HON. WILLIAM V. GALLO
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Omar Rene CEJA-Reyes,
Omar MARTINEZ-Penaloza

## PROBABLE CAUSE STATEMENT

The complainant states that Dadai CASTANEDA-Hernandez, is a citizen of a country other than the United States; that said alien has admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 8, 2021, Supervisory Border Patrol Agent T. Macias was conducting assigned duties within the Imperial Beach Border Patrol Station's area of operations. At approximately 2:30 PM, Border Patrol Agent X. Vue broadcasted, via service radio, that he saw two personal watercrafts traveling north from the Maritime Boundary Line. Agent Vue requested assistance from the Joint Harbor Operations Center (JHOC) operator with maintaining visual of the personal watercrafts. Macias responded towards the coast as JHOC and Agent Vue broadcasted their observations. Department of Homeland Security Aerial Support Helicopter responded to the area as well. The aerial support helicopter relayed via service radio that the two watercrafts were north of the Navy Seal Camp near Silver Strand State Beach. Agent Macias responded to Silver Strand State Beach. As Agent Macias arrived in the area, the aerial support helicopter relayed that the watercrafts were both now traveling southbound with all occupants initially observed on board. Agent Macias traveled towards Imperial Beach as the watercrafts made their way south past the Imperial Beach, California Pier. At that time, Air and Marine Operations Supervisory Agent L. Ahrens broadcasted via service radio that one individual, later identified as defendant Omar MARTINEZ-Penaloza, fell off one of the watercrafts. Air and Marine Operations Agents responded to where MARTINEZ was in the water. Aerial support helicopter then broadcasted that the other watercraft dropped off an individual on the south end of Seacoast Drive in Imperial Beach, California. Aerial support also relayed that the driver of the watercraft beached the watercraft and was running south on the beach. Agent Macias, in plain clothes with his agency badge visible on his waist, arrived at the scene and walked to the beach from Seacoast Drive. This location is approximately one mile north of the United States/Mexico International Boundary and approximately five miles west of the San Ysidro, California port of entry. Agent Macias encountered a female individual sitting on the beach next to a life vest. Agent Macias conducted an immigration inspection of material witness, Dadai CASTANEDA-Hernandez. CASTANEDA stated she was a citizen and national of Mexico and did not possess any immigration documents that would allow her to enter, be in, or remain in the United States legally. Agent Macias then walked with CASTANEDA down the beach towards the Watercraft driver's location. Agent Macias approached the driver, later identified as defendant Omar Rene CEJA-Reyes, who was being detained by two male civilians. Agent Macias conducted an

CONTINUATION OF COMPLAINT:
Omar Rene CEJA-Reyes,
Omar MARTINEZ-Penaloza

immigration inspection on CEJA. CEJA stated that he was a citizen and national of Mexico without proper immigration documents enter, to be in, or remain in the United States legally. At approximately 2:59 PM, Agent Macias placed CEJA and CASTANEDA under arrest. Air and Marine Operations Agents extracted MARTINEZ from the water and transported him to Glorietta Bay in Coronado, California. At approximately 4:00 PM, Border Patrol Agent O. Rodas took custody of MARTINEZ and transported him to the Imperial Beach Border Patrol Station. At the station Agent Macias conducted an immigration inspection on MARTINEZ, who stated he was a citizen and national of Mexico and did not possess legal immigration documents that would allow him to enter, be in, or remain in the United States legally. At approximately 6:25 PM, Agent Macias placed MARTINEZ under arrest.

The defendant, Omar Rene CEJA-Reyes, was read his Miranda rights. CEJA understood his rights and was willing to speak without an attorney present. CEJA admitted to entering the United States illegally via jet ski. CEJA admitted to driving the jet ski. CEJA stated he was getting paid $900.00 USD per smuggled alien for this event. CEJA stated he was given the jet ski for today's event and was going to return after dropping off the passenger.

Material witness CASTANEDA admitted to being a citizen of Mexico, not in possession of any documents that would allow her to enter or remain in the United States legally. CASTANEDA admitted to making smuggling arrangements and agreed to pay $14,000 USD. CASTANEDA stated she was picked up today and was taken to a beach in Rosarito, Baja California, Mexico. Once at the beach she was told to board a boat and that they were out at sea for about half an hour. Once out at sea they were approached by two subjects and were told to put on life vests and to board two Jet Skis. CASTANEDA was shown a photographic lineup and was able to identify Omar Rene CEJA-Reyes as the jet ski driver. CASTANEDA stated that she feared for her life while she was on the Jet Ski.

The defendant Omar MARTINEZ-Penaloza was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on August 8, 2021 with an intended destination of Riverside, California.

Routine record checks of defendant, Omar MARTINEZ-Penaloza revealed a criminal and

CONTINUATION OF COMPLAINT:
Omar Rene CEJA-Reyes,
Omar MARTINEZ-Penaloza

immigration history. A comparison of defendant, Omar MARTINEZ-Penaloza's criminal record and current fingerprints were used to determine his record. Official immigration records of the Department of Homeland Security revealed that he was previously deported to Mexico on June 11, 2021 through Del Rio, Texas, International Bridge. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.